United States Probation Office
for the District of Utah

## Report on Offender Under Supervision

Name of Offender: **Earl Shumway**   Dockets Number: **2:94-CR-00185** and **2:95-CR-00097**

Name of Sentencing Judicial Officer: Honorable **David K. Winder**
Senior United States District Judge

Date of Original Sentence: **June 5, 1997**

Original Offense: **Felon In Possession of a Firearm, Archaeological Resources Protection Act, and Damage to United States Government Property**

Original Sentence: **63 Months BOP Custody/36 Months Supervised Release**

Type of Supervision: **Supervised Release**   Supervision Began: **January 4, 2000**

### SUPERVISION SUMMARY

Since being released from prison, the defendant has resided in Moab, Utah. He was ordered to pay restitution in the amount of $5,510.28. As of this date, he has paid $1,400 toward that obligation, and he has an outstanding balance of $4,110.28. Since being on supervised release, the defendant has worked with his father mining marble near Green River, Utah. He has suffered significant health problems, and he was diagnosed with Cancer in December of 2000. Mr. Shumway has endured a number of medical operations and procedures, and his health has suffered considerably. Based on the defendant's overall situation and the payments he has made toward restitution, the probation office recommends that his term of supervised release expire as scheduled on January 3, 2003, and collection of the remaining restitution be referred to the United States Attorney's Office for civil collection.

If the Court desires more information or another course of action, please contact this officer at (801) 261-5257, extension 4444.

Respectfully submitted,

by _____
Steve M. Mockli
United States Probation Officer
November 22, 2002

THE COURT: *I agree. Thanks for the report. 11-26-02 David K Winder*

[X] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

_____
Honorable David K. Winder
Senior United States District Judge

```
                                                              kam
                   United States District Court
                              for the
                         District of Utah
                       November 27, 2002


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:94-cr-00185



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     US Probation
     DISTRICT OF UTAH
     ,
     EMAIL

     USMS
     DISTRICT OF UTAH
     ,
     JFAX 9,5244048

     Mr. Earl G Xaiz, Esq.
     YENGICH RICH & XAIZ
     175 E 400 S STE 400
     SALT LAKE CITY, UT  84111
     JFAX 9,3646026

     Wayne Dance, Esq.
     US ATTORNEY'S OFFICE
     ,
     EMAIL
```